Ortiz Angel P126822
_____
Name and Prisoner/Booking Number
**Fourth Avenue Jail** 3 D 211
_____
Place of Confinement
**201 S. 4th Avenue**
_____
Mailing Address
**Phoenix, AZ 85003**
_____
City, State, Zip Code

FILED _____ LODGED
_____ RECEIVED _____ COPY

AUG 2 4 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Angel R. Ortiz ,  )
_____ )
(Full Name of Plaintiff)        Plaintiff,  )
)
vs.  )
)
PHOENIX POLICE DEPARTMENT ,  )
)
Michael Morris ,  )
)
DENNIS LEROUX ,  )
)
_____ ,  )
(Full Name of Each Defendant)   Defendant(s).  )
)

CASE NO. CV06-2043-PHX-EHC(MEA)
(To be supplied by the Clerk)

**JURY TRIAL DEMANDED**

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff: Angel R. Ortiz
   Present mailing address: 201 S 4th Ave Phx AZ 85003
   (Failure to notify the Court of your change of address may result in dismissal of this action.)

   Institution/city where violation occurred: goverment, Phoenix, Arizona
   city
   4th Ave jail

**550/555**

Revised 4/9/06

1

3. Name of first Defendant: __Dennis LEROUX_____. The first Defendant is employed as:
__Police Officer, Badge #7699__ at __Phoenix Police Department__.
  (Position and Title)                                    (Institution)

The first Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both).
Explain how the first Defendant was acting under color of law: __Using Excessive Force__
__under color of law__

4. Name of second Defendant: __Michael Morris_____. The second Defendant is employed as:
__Police Officer, Badge #6991__ at __Phoenix Police Department__.
  (Position and Title)                                    (Institution)

The second Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both).
Explain how the second Defendant was acting under color of law: __Using Excessive Force__
__under color of law__

5. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
  (Position and Title)                                    (Institution)

The third Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both).
Explain how the third Defendant was acting under color of law: _____
_____

6. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
  (Position and Title)                                    (Institution)

The fourth Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both).
Explain how the fourth Defendant was acting under color of law: _____
_____

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If your answer is "yes," how many lawsuits have you filed? _____. Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____
      _____

2

    b.   Court: (If federal court, identify the district; if state court, identify the county.) _____
_____

    c.   Case or docket number: _____
    d.   Claims raised: _____
_____
_____

    e.   Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

    f.   Approximate date lawsuit was filed: _____
    g.   Approximate date of disposition: _____

4.    Second prior lawsuit:
    a.   Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____
_____

    b.   Court: (If federal court, identify the district; if state court, identify the county.) _____
_____

    c.   Case or docket number: _____
    d.   Claims raised: _____
_____
_____

    e.   Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

    f.   Approximate date lawsuit was filed: _____
    g.   Approximate date of disposition: _____

5.    Third prior lawsuit:
    a.   Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____
_____

    b.   Court: (If federal court, identify the district; if state court, identify the county.) _____
_____

    c.   Case or docket number: _____
    d.   Claims raised: _____
_____
_____

    e.   Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

    f.   Approximate date lawsuit was filed: _____
    g.   Approximate date of disposition: _____

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s): Using excessive force Violates the privileges and immunities And equal protection of the law of U.S. citizens ; XIV Amendment U.S. Constitution

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   Officer Michael Morris and Officer Dennis Leroux continually kicked and kneed me in the head to a point of unconsciousness and left bruises and left bruises broken teeth and severe lasherations to my face head and shoulders

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

   Broken Teeth, Scar's on face head and Shoulder's

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

**COUNT II**

1. The following constitutional or other federal civil right has been violated by the Defendant(s): Right to medical attention / Violating the privileges and immunities Equal protection of the law of U.S. Citizens; XIV Amendment U.S. Constitution

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)

   ☐ Mail    ☐ Access to the court    ☒ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: Refused medical Attention

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   Was Refused medical attention at the scene. Then transported to sub Precint 16st Mojave and left in a single man cell with no restroom or water laying on the ground bleeding ~~everywhere~~ for hours until I was transported to 4th Ave Jail and Denied medical attention because officer morris told MCSO I was OK and that I was "Faking". The nurse told me All she could do was Put me on medical list "wound Cares" which I never received. The whole time I was at the 16st Precint the officers were questioning my CO Defendant About what Happened This lawsuit is in Reference to DR# 20055223874913
   11-24-05

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)). loss one tooth and Broke two more scar's on face head and Shoulders

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

5

**COUNT III**

1. The following constitutional or other federal civil right has been violated by the Defendant(s): _____
_____
_____

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated
   in a different count)  ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____ .

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what
   each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing
   legal authority or arguments).
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
_____
_____
_____

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at
      your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain
      why you did not. _____
      _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.

Plaintiff demands Jury trial, compensatory and punitive damages in the amount of $500,000.00 / FIVE HUNDRED THOUSAND Dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Without Prejudice
UCC 1.207

Executed on _8-3-06_
DATE

Angel R Ortiz
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than fifteen additional pages. The form, however, must be completely filled in to the extent applicable.

**MARICOPA COUNTY SHERIFF'S OFFICE**
**JOSEPH M. ARPAIO SHERIFF**

# C E R T I F I C A T I O N

AUG 2 2 2006

I hereby certify that on this date _____,

I ____ filed ____✓____ mailed the original and one (1) copy to the Clerk of the

____✓____ United States District Court, District of Arizona.

_____ Hon _____ United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

_____ Attorney General, State of Arizona.

_____ Judge, _____, Superior Court, Maricopa County, State
of Arizona.

_____ County Attorney, Maricopa County, State of Arizona,

_____ Public Defender, Maricopa County, State of Arizona.

_____ Attorney, _____

_____ _____

_____
**INMATE LEGAL SERVICES**
**Maricopa County Sheriff's Office**
**201 S. 4th Avenue**
**Phoenix, AZ 85003**

Cert6/10/04

Ortiz, Angel P126822
Name and Prisoner/Booking Number

**Fourth Avenue Jail** 3D211
Place of Confinement

**201 S. 4th Avenue**
Mailing Address

**Phoenix, AZ 85003**
City, State, Zip Code

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

ANGEL ORTIZ                          )
_____,           ) CASE NO. _____
                 Plaintiff,          )
                                     )
vs.                                  )   APPLICATION TO PROCEED
                                     )   *IN FORMA PAUPERIS*
Phoenix Police Department et Al.,    )   BY A PRISONER
                 Defendant(s).       )   CIVIL (NON-HABEAS)
Michael Morris Dennis Leroux         )

I, _____Angel Ortiz_____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?
   ☐Yes  ☑No  If "Yes," how many have you filed? _____.
   Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?  ☐Yes  ☐No  If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?  ☐Yes  ☑No
   If "Yes," state the amount of your pay and where you work. _____
   _____
   _____

3. Do you receive any other payments from the institution where you are confined?  ☐Yes  ☑No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined? ☐ Yes ☑ No

If "Yes," state the sources and amounts of the income, savings, or assets. _____

_____

_____

I declare under penalty of perjury that the above information is true and correct.

8-12-06

DATE

SIGNATURE OF APPLICANT

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Angel R. Ortiz hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

(A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or

(B) the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10.00, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

without prejudice ucc 1207

8-17-06

DATE

SIGNATURE OF APPLICANT

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

Angel Ortiz
P124522

I, Lucille Robel , certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is: $ 1.92

The applicant's average monthly deposits during the prior six months is: $ N/A

The applicant's average monthly balance during the prior six months is: $ N/A

The attached certified account statement accurately reflects the status of the applicant's account.

AUG 2 2 2006

DATE

AUTHORIZED SIGNATURE

A7757

TITLE/ID NUMBER

M USP

INSTITUTION

Revised 4/9/06

2

=================================================================================

Booking Number: P126822        Name: ORTIZ, ANGEL R

   Acct Number: P126822R        Type: REG - Regular Account
                               Status: OPN - Account Open

| .....Transaction...... | | | | | | Acct |
| Date | Time | Type | Description | Amount | Balance | Sts |
| --- | --- | --- | --- | --- | --- | --- |
| 11/25/05 | 04:27:40 | I | Init. Funds Dep | $2.27 | $2.27 | OPN |
| 12/08/05 | 07:31:22 | S | Canteen Sale | -$2.25 | $0.02 | OPN |
| 12/10/05 | 12:29:23 | D | Deposit | $50.00 | $50.02 | OPN |
| 12/15/05 | 07:17:32 | S | Canteen Sale | -$49.60 | $0.42 | OPN |
| 12/16/05 | 12:45:13 | D | Deposit | $40.00 | $40.42 | OPN |
| 12/22/05 | 07:25:11 | S | Canteen Sale | -$10.40 | $30.02 | OPN |
| 12/24/05 | 17:41:19 | D | Deposit | $50.00 | $80.02 | OPN |
| 12/29/05 | 07:14:23 | S | Canteen Sale | -$55.90 | $24.12 | OPN |
| 01/05/06 | 07:58:25 | S | Canteen Sale | -$24.00 | $0.12 | OPN |
| 01/13/06 | 14:26:56 | D | Deposit | $100.00 | $100.12 | OPN |
| 01/19/06 | 07:07:42 | S | Canteen Sale | -$95.65 | $4.47 | OPN |
| 01/26/06 | 07:19:04 | S | Canteen Sale | -$3.95 | $0.52 | OPN |
| 02/03/06 | 12:10:03 | D | Deposit | $60.00 | $60.52 | OPN |
| 02/09/06 | 07:43:52 | S | Canteen Sale | -$51.75 | $8.77 | OPN |
| 02/11/06 | 13:41:58 | D | Deposit | $20.00 | $28.77 | OPN |
| 02/16/06 | 07:12:02 | S | Canteen Sale | -$28.15 | $0.62 | OPN |
| 02/24/06 | 13:38:13 | D | Deposit | $40.00 | $40.62 | OPN |
| 02/27/06 | 12:25:26 | H | Hlth Svcs CoPay | -$10.00 | $30.62 | OPN |
| 03/02/06 | 08:42:11 | S | Canteen Sale | -$30.45 | $0.17 | OPN |
| 03/13/06 | 14:36:58 | D | Deposit | $20.00 | $20.17 | OPN |
| 03/16/06 | 07:26:25 | S | Canteen Sale | -$17.50 | $2.67 | OPN |
| 03/24/06 | 13:40:23 | D | Deposit | $45.00 | $47.67 | OPN |
| 03/30/06 | 07:21:01 | S | Canteen Sale | -$28.50 | $19.17 | OPN |
| 04/06/06 | 04:11:17 | D | Deposit | $30.00 | $49.17 | OPN |
| 04/06/06 | 07:17:22 | S | Canteen Sale | -$20.25 | $28.92 | OPN |
| 04/13/06 | 07:18:16 | S | Canteen Sale | -$28.20 | $0.72 | OPN |
| 04/21/06 | 14:05:03 | D | Deposit | $60.00 | $60.72 | OPN |
| 04/26/06 | 07:55:54 | S | Canteen Sale | -$52.95 | $7.77 | OPN |
| 05/03/06 | 09:14:52 | S | Canteen Sale | -$6.95 | $0.82 | OPN |
| 05/08/06 | 13:54:23 | D | Deposit | $60.00 | $60.82 | OPN |
| 05/10/06 | 07:55:59 | S | Canteen Sale | -$38.70 | $22.12 | OPN |
| 05/17/06 | 07:30:15 | S | Canteen Sale | -$17.60 | $4.52 | OPN |
| 05/19/06 | 13:50:21 | D | Deposit | $40.00 | $44.52 | OPN |
| 05/19/06 | 13:56:14 | D | Deposit | $50.00 | $94.52 | OPN |
| 05/24/06 | 07:38:21 | S | Canteen Sale | -$71.80 | $22.72 | OPN |
| 05/31/06 | 07:43:44 | S | Canteen Sale | -$21.85 | $0.87 | OPN |
| 06/06/06 | 15:15:12 | D | Deposit | $60.00 | $60.87 | OPN |
| 06/07/06 | 08:11:35 | S | Canteen Sale | -$47.00 | $13.87 | OPN |
| 06/14/06 | 08:28:42 | S | Canteen Sale | -$13.50 | $0.37 | OPN |
| 07/03/06 | 13:45:02 | D | Deposit | $60.00 | $60.37 | OPN |
| 07/05/06 | 09:08:05 | S | Canteen Sale | -$27.60 | $32.77 | OPN |
| 07/12/06 | 08:30:12 | S | Canteen Sale | -$23.15 | $9.62 | OPN |
| 07/19/06 | 08:21:02 | S | Canteen Sale | -$8.15 | $1.47 | OPN |
| 08/01/06 | 11:16:33 | D | Deposit | $60.00 | $61.47 | OPN |
| 08/02/06 | 08:18:11 | S | Canteen Sale | -$32.15 | $29.32 | OPN |
| 08/09/06 | 08:23:22 | S | Canteen Sale | -$24.85 | $4.47 | OPN |
| 08/16/06 | 07:56:14 | S | Canteen Sale | -$2.55 | $1.92 | OPN |

```
                                ------------
                  Ending Balance:     $1.92
```

*** NOTE:  Funds available for self bond ==>==>==>==>==>==>==>              $1.92
    (Ending Balance) << OR >> 0

====================================================================================

Booking Number: P126822        Name: ORTIZ, ANGEL R

   Acct Number: P126822R        Type: REG - Regular Account
                               Status: OPN - Account Open

.....Transaction......                                                    Acct
   Date      Time  Type Description            Amount           Balance   Sts
----------------------------------------------------------------------------------


====================================================================================
I hereby accept the above as an accurate statement of all transactions involving
my inmate account(s) while in custody of the Maricopa County Sheriff's Office.


       Inmate Signature:_____   Date:_____

============   * * *   E N D   O F   S T A T E M E N T   * * *   =============